DISMISS: Opinion filed December 18, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

_____

No. 05-12-01572-CV

_____

JUDGE JOHN HORN, SHERIFF DON ANDERSON,
CHIEF KAREN DIXON, AND J.R. ESTRADA, Appellants

V.

RICHARD JAMES TUCKER, Appellee

On Appeal from the 196th Judicial District Court
Hunt County, Texas
Trial Court Cause No. 75978

# MEMORANDUM OPINION

Before Justices Richter, Lang-Miers, and Myers
Opinion By Justice Myers

Before the Court is appellants' motion to dismiss the appeal. Appellants inform the Court

that appellee has nonsuited his claims against appellants and, therefore, the appeal is now moot.

Accordingly, we grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


_____
LANA MYERS
JUSTICE

121572F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JUDGE JOHN HORN, SHERIFF DON ANDERSON, CHIEF KAREN DIXON, AND J.R. ESTRADA, Appellants

No. 05-12-01572-CV      V.

RICHARD JAMES TUCKER, Appellee

Appeal from the 196th Judicial District Court of Hunt County, Texas. (Tr.Ct.No. 75978). Opinion delivered by Justice Myers, Justices Richter and Lang-Miers, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, Richard James Tucker, recover his costs of the appeal from appellants, Judge John Horn, Sheriff Don Anderson, Chief Karen Dixon, and J.R. Estrada.

Judgment entered December 18, 2012.

_____
LANA MYERS
JUSTICE